UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAMINI PARAMESWARAN, M.D. | : | |
| | : | DOCKET NO. 3:22-CV-00271-AWT |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE NEW HAVEN | : | |
| HEALTH SERVICES CORPORATION d/b/a | : | |
| YALE-NEW HAVEN HEALTH SYSTEMS, | : | |
| and YALE-NEW HAVEN HOSPITAL | : | |
| | : | |
| DEFENDANTS | : | AUGUST 8, 2024 |
| | : | |

## JOINT STATUS REPORT

In accordance with the Court's Minute Entry dated July 10, 2024, the Parties submit this Joint Status Report on the current status of the case. The Parties remain engaged in settlement discussions and have made significant progress on potential settlement terms. The Parties plan to hold a joint call on August 13, 2024 to further discuss this matter and anticipate needing additional time to determine if a resolution can be reached.

                                         **THE PLAINTIFF,**
                                         **SHAMINI PARAMESAWARAN, M.D.**

By:   */s/ Amanda M. DeMatteis*
        Amanda M. DeMatteis (ct29413)
        Joshua R. Goodbaum (ct28834)
        GARRISON, LEVIN-EPSTEIN
        FITZGERALD & PIRROTTI, P.C.
        405 Orange Street
        New Haven, CT  06511
        Tel.: (203) 777-4425
        Fax: (203) 776-3965
        ademattteis@garrisonlaw.com
        jgoodbaum@garrisonlaw.com

                    **DEFENDANT,**
                    **YALE NEW HAVEN HEALTH SERVICES CORPORATION d/b/a YALE-NEW HAVEN HEALTH SYSTEMS and YALE-NEW HAVEN HOSPITAL**

By:   */s/ Sarah R. Skubas*
        Sarah R. Skubas (ct28327)
        Trisana N. Spence (ct31376)
        Jackson Lewis P.C.
        90 State House Square, 8th Floor
        Hartford, CT 06103
        Tel: (860) 522-0404 Fax: (860) 247-1330
        sarah.skubas@jacksonlewis.com
        trisana.spence@jacksonlewis.com

                    **DEFENDANT,**
                    **YALE UNIVERSITY**

By:   */s/ Brock T. Dubin*
        Brock T. Dubin (ct18777)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        Tel: (203) 458-9168 Fax: (203) 458-4424
        bdubin@ddnctlaw.com

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Trisana N.Spence*
Trisana N. Spence