UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| SHAMINI PARAMESWARAN, M.D. | : | |
| | : | DOCKET NO. 3:22-CV-00271-AWT |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE NEW HAVEN | : | |
| HEALTH SERVICES CORPORATION d/b/a | : | |
| YALE-NEW HAVEN HEALTH SYSTEMS, | : | |
| and YALE-NEW HAVEN HOSPITAL | : | |
| | : | |
| DEFENDANTS | : | December 2, 2024 |
| | : | |

## JOINT STATUS REPORT

The Parties respectfully submit this Joint Status Report regarding the current status of the case. The Parties have substantially reached an agreement in principal and are still in the process of drafting the necessary documentation to finalize the resolution. The Parties are cautiously optimistic that they will reach a resolution. The Parties request permission to submit an additional status report by January 15, 2025.

                                        **THE PLAINTIFF,**
                                        **SHAMINI PARAMESAWARAN, M.D.**

By:    */s/ Amanda M. DeMatteis*
         Amanda M. DeMatteis (ct29413)
         Joshua R. Goodbaum (ct28834)
         GARRISON, LEVIN-EPSTEIN
         FITZGERALD & PIRROTTI, P.C.
         405 Orange Street
         New Haven, CT 06511
         Tel.: (203) 777-4425
         Fax: (203) 776-3965
         adematteis@garrisonlaw.com
         jgoodbaum@garrisonlaw.com

**DEFENDANT,**
**YALE NEW HAVEN HEALTH SERVICES**
**CORPORATION d/b/a YALE-NEW HAVEN**
**HEALTH SYSTEMS and YALE-NEW HAVEN**
**HOSPITAL**

By: */s/ Sarah R. Skubas*
Sarah R. Skubas (ct28327)
Trisana N. Spence (ct31376)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404 Fax: (860) 247-1330
sarah.skubas@jacksonlewis.com
trisana.spence@jacksonlewis.com

**DEFENDANT,**
**YALE UNIVERSITY**

By: */s/ Brock T. Dubin*
Brock T. Dubin (ct18777)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel: (203) 458-9168 Fax: (203) 458-4424
bdubin@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Trisana N. Spence*
Trisana N. Spence