## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAMINI PARAMESWARAN, M.D. | : | |
| | : | DOCKET NO. 3:22-CV-00271-AWT |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE NEW HAVEN HEALTH SERVICES CORPORATION d/b/a YALE-NEW HAVEN HEALTH SYSTEMS, and YALE-NEW HAVEN HOSPITAL | : | |
| | : | |
| DEFENDANTS | : | January 15, 2025 |

## JOINT STATUS REPORT

The Parties respectfully submit this Joint Status Report regarding the current status of the case. The Parties have resolved this matter and request that the Court dismiss this matter with prejudice and without interest, costs or attorney's fees.

                                      **THE PLAINTIFF,**
                                      **SHAMINI PARAMESAWARAN, M.D.**

By:    */s/ Amanda M. DeMatteis*
          Amanda M. DeMatteis (ct29413)
          Joshua R. Goodbaum (ct28834)
          GARRISON, LEVIN-EPSTEIN
          FITZGERALD & PIRROTTI, P.C.
          405 Orange Street
          New Haven, CT  06511
          Tel.: (203) 777-4425
          Fax: (203) 776-3965
          adematteis@garrisonlaw.com
          jgoodbaum@garrisonlaw.com

|  |  |
|---|---|
|  | **DEFENDANT,**<br>**YALE NEW HAVEN HEALTH SERVICES**<br>**CORPORATION d/b/a YALE-NEW HAVEN**<br>**HEALTH SYSTEMS and YALE-NEW HAVEN**<br>**HOSPITAL** |
| By: | */s/ Sarah R. Skubas*<br>Sarah R. Skubas (ct28327)<br>Trisana N. Spence (ct31376)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>Tel: (860) 522-0404  Fax: (860) 247-1330<br>sarah.skubas@jacksonlewis.com<br>trisana.spence@jacksonlewis.com |
|  | **DEFENDANT,**<br>**YALE UNIVERSITY** |
| By: | */s/ Brock T. Dubin*<br>Brock T. Dubin (ct18777)<br>Donahue, Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT 06437<br>Tel: (203) 458-9168  Fax: (203) 458-4424<br>bdubin@ddnctlaw.com |

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Trisana N. Spence*
Trisana N. Spence